MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2023



GREENWALD·DOHERTY
Attorneys at Law

30 Ramland Road, Suite 201 Orangeburg, New York 10962    TEL: 845.589.9300    FAX: 845.638.2707

August 3, 2023

**VIA ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York

      Re:    **Kukuyan v. Community Mobile Testing, Inc.**
               **1:23-cv-01584-VEC**
               *Joint Status Letter and Request for Adjournment*

Dear Judge Caproni:

      As you know, we represent Defendant Community Mobile Testing, Inc. ("Defendant") in the above matter. We write jointly with Plaintiff to inform the Court that the parties are engaged in advanced settlement discussions in a related case, which they anticipate will have a bearing on this case and may result in an early resolution.

      As such, the parties respectfully request a 30-day adjournment of the Initial Pretrial Conference scheduled for August 11, 2023 in this matter as well as any related deadlines in the interim, to allow the parties to continue their focus on settlement negotiations.

      This is the parties' first request for an adjournment, and it is on consent. The parties have conferred and can offer the following (5) five alternative dates, at your Honor's convenience: 9/15, 9/21, 9/22, 9/28, 9/29.

      We thank the Court in advance for your time and attention to this matter.

                                 Respectfully,

                                 /s/_____

                                 George D. Vallas

cc:    (via ECF) All Attorneys of Record

Application GRANTED. The Initial Pre-Trial Conference scheduled for Friday, August 11, 2023 at 10:00 A.M. is hereby adjourned until **Friday, September 22, 2023 at 10:00 A.M.** The parties' joint letter and proposed case management plan as set forth in the Court's Order at Dkt. 11 are due not later than **Thursday, September 14, 2023**. The parties may request referral to Magistrate Judge Figueredo for settlement at any time.

SO ORDERED.

08/03/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE