USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Cristina Kukuyan,<br><br>　　　　　　Plaintiff,<br><br>-v-<br><br>Community Mobile Testing Inc,<br><br>　　　　　　Defendant. | Civ. Action #: 23-CV-01584 (VEC)<br><br>**JUDGMENT** |

　　　　A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 17, 2024; and Defendant Community Mobile Testing Inc, having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Cristina Kukuyan in the amount of $15,000.00, inclusive of all penalties, interest, costs and attorney fees; it is

　　　　ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Cristina Kukuyan and against Defendant Community Mobile Testing Inc, in the amount of $15,000.00, inclusive of all penalties, interest, costs and attorney fees.

**Dated: January  18  2024**
**　　　　New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Hon. Valerie E. Caproni*
　　　　　　　　　　　　　　　　　　　　　　　　　　*United States District Judge*